AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the
*(Briefly describe the property to be searched or identify the person by name and address)*
USE OF A CELL-SITE SIMULATOR TO LOCATE PHONE ASSIGNED CALL      IMSI

Case No. 2:19-cr-00632

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

located in the _____ District of ___South Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | PWID Controlled Substance |
| 21 USC 846 | Conspiracy |

The application is based on these facts:
See Affidavit. To ensure technical compliance with the Pen Register Statute, 18 U.S.C. §§ 3121-3127, this warrant also functions as a pen register order. I certify that the information likely to be obtained is relevant to an ongoing criminal investigation being conducted by DEA. JLS

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of _____ days (give exact ending date if more than 30 days: __06/06/2020__) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brendan McSheehy, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/07/2019

*Judge's signature*

City and state: Charleston, South Carolina      Mary Gordon Baker, United States Magistrate Judge
*Printed name and title*